UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

United States of America,

       Plaintiff,

                              ORDER ADOPTING
v.                         REPORT AND RECOMMENDATION

Terry Dean Iceman,

       Defendant.                        Crim. No. 13-274 (MJD/LIB)

* * * * * * * * * * * * * * * * *

       Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

       Defendant's Motion to Suppress Statements, Admissions, and Answers, [Docket No. 29], is **DENIED**.

DATED: February 24, 2014                     s/Michael J. Davis
At Minneapolis, Minnesota               Michael J. Davis, Chief Judge
                                               United States District Court